**Electronically Filed
Supreme Court
SCWC-24-0000028
22-AUG-2024
10:00 AM
Dkt. 5 ODAC**

SCWC-24-0000028

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

SHAWN J. MEDEIROS,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000028; CASE NO. 2CPC-22-0000677)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Shawn J. Medeiros' application for writ of

certiorari, filed on July 22, 2024, is hereby rejected.

DATED: Honolulu, Hawai‘i, August 22, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

